UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of BIKASH JAISI,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant(s). | CASE NO. 2:22-cv-00260-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On May 11, 2022, the Court issued an order requiring the parties to file a Joint Status Report by July 6, 2022. Dkt. No. 8. No extension of the deadline has been sought or given, and no Joint Status Report has been filed.

(2) It is hereby ORDERED that Plaintiff shall cause a Joint Status Report to be filed or seek an extension for good cause by July 19, 2022, or otherwise show cause by the

MINUTE ORDER - 1

same date why this action should not be dismissed for failing to comply with the Court's prior order. Absent a timely and satisfactory response to this Order, this action may be dismissed without prejudice.

Dated this 12th day of July 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk