Honorable Tana Lin

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# SEATTLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Bikash Jaisi,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No.: 2:22-cv-00260-TL<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## JOINT STIPULATION

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

DATED this 29th day of July 2022.

/s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: kristen.vogel@usdoj.gov
Attorney for Defendant United States

/s/ John R. MacMillan
JOHN R. MacMILLAN, WSBA #27912
MacMillan, Scholz, & Marks, P.C.
900 SW Fifth Avenue, Suite 1800
Portland, OR 97204
Phone: 503-224-2165
Fax: 503-224-0348
Email: jmacmillan@msmlegal.com
Attorney for Plaintiff

Page 1 – STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

**ORDER**

The parties having so stipulated and agreed, it is hereby ORDERED that this case is dismissed with prejudice and without costs or fees to either party. This Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

DATED this 2nd day of August 2022.

_____
Tana Lin
United States District Judge

MacMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165